BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $35,592.00<br>IN U.S. CURRENCY,<br><br>　　　　　　　Defendant. | CASE NO. 1:13-MC-00044-AWI<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

　　　　It is hereby stipulated by and between the United States of America and Potential Claimant Adrian Demetrius Jenkins ("Potential Claimant"), by and through their respective attorneys, as follows:

　　　　1.　　On or about June 7, 2013, the Drug Enforcement Administration ("DEA") received an administrative claim filed by Potential Claimant with respect to the above-referenced approximately $35,592.00 in U.S. Currency (the "currency"), which was seized on or about March 23, 2013.

　　　　2.　　The DEA has sent written administrative forfeiture notice of intent to forfeit as required by 18 U.S.C. § 983 to all known interested parties. The time has expired for

Stipulation and Order Extending the United States'　　　　1
Time to File

any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimant has filed a claim to the currency in the administrative forfeiture proceeding.

3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend from September 5, 2013 to September 20, 2013 , the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to September 20, 2013.

Dated: September 5, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: September 5, 2013

/s/ Mark Broughton
MARK BROUGHTON
Attorney for Claimant Adrian Demetrius Jenkins
(Original signature retained by attorney)

IT IS SO ORDERED.

Dated:   September 6, 2013

_____
SENIOR DISTRICT JUDGE

Stipulation and Order Extending the United States'
Time to File

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order Extending the United States' Time to File        3